IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARVEY L. SEARCY,          §<br>         Petitioner,       §<br>                                   §<br>v.                                §<br>                                   §<br>STATE OF TEXAS,         §<br>         Respondent.       § | 3:15-CV-1890-N | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that this case is remanded to the 40th Judicial District Court, Ellis County, Texas.

IT IS SO ORDERED.

Signed this 24th day of August, 2015.


DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE